[No. 17880-0-II. Division Two. February 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE LENNIE PARSONS, *Appellant*.

Appeal from a judgment of the Superior Court for · Cowlitz County, No. 92-1-00623-2, Milton R. Cox, J., entered May 19, 1993. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 17976-8-II. Division Two. February 23, 1996.]

DAVID W. MURPHY, *Appellant*, v. LOCKWOOD INDUSTRIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-2-01103-0, Barbara D. Johnson, J., entered February 4, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 18003-1-II. Division Two. February 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WAYNE CYSENSKY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-01936-1, Waldo F. Stone, J., entered February 9, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18182-7-II. Division Two. February 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE CARMIN FRANCO, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-1-00121-4, George L. Wood, Jr., J., entered March 28, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Turner and Armstrong, J.